**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**KEVIN DIXON, ADC # 105059**                                                                **PLAINTIFF**

**V.**                              **No. 4:11CV00071 SWW-BD**

**RON STOVALL,** *et al.*                                                                       **DEFENDANTS**

## ORDER

Kevin Dixon filed a pro se Complaint (docket entry #3) under 42 U.S.C. § 1983 on January 31, 2011, an Application to Proceed *In Forma Pauperis* (#1), and a Motion for Appointment of Counsel (#4).  Mr. Dixon alleges that his constitutional rights were violated when he was housed at the Miller County Detention Center, which is located in the Western District of Arkansas.  According to Complaint, the events giving rise to the lawsuit occurred in Texarkana, Arkansas.

The interests of justice would best be served by transferring this case to the United States District Court for the Western District of Arkansas, under 28 U.S.C. § 1406(a) and 28 U.S.C. § 1391(e).  The Clerk of Court is directed to transfer this case immediately to the United States District Court for the Western District of Arkansas, Texarkana Division, 500 North State Line Avenue, Room 302, Texarkana, Arkansas 71854.

IT IS SO ORDERED this 3rd  day of February,  2011.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE